IN THE UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN GILMOUR and ROBERTA GILMOUR, <br> Plaintiffs <br><br> v. <br><br> STATE FARM INSURANCE <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:02 CV 71 <br> ) <br> ) <br> ) |

### STIPULATED DISCOVERY SCHEDULE AND ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26.1(b):

1. The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before May 18, 2002.

2. The parties shall serve all interrogatories and requests for production on or before October 18, 2002.

3. Depositions of all non-expert witnesses shall be completed by October 18, 2002.

4. Plaintiffs shall submit expert witness reports on or before August 18, 2002. Depositions of Plaintiffs' expert witnesses shall be completed by November 18, 2002.

5. Defendant shall submit expert witness reports on or before September 18, 2002. Depositions of Defendant's expert witnesses shall be completed by November 18, 2002.

6. The Early neutral Evaluation session shall be conducted on December 5, 2002 at 9:30 a.m. The parties have agreed that Art O'Dea will serve as the early neutral evaluator.

**(Note: Paragraph 6 only applies to ENE-eligible cases pursuant to Local Rule No. 16.3.)**

7. The parties shall serve all requests for admission on or before October 18, 2002.

8. All discovery shall be completed by November 18, 2002 (no later than 8 months

IERSON WADHAMS
QUINN & YATES
LAW OFFICES
SOUTH UNION STREET
IRLINGTON, VERMONT
05401

after filing of answer).

9. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before December 18., 2002.

10. This case shall be ready for trial by January 1, 2003.

4/23/02
Date

Thomas C. Nuovo, Esq.
Bauer, Anderson & Gravel
P.O. Box 607
Burlington, Vermont 05402-0607
Attorney for Plaintiffs
Roberta and John Gilmour

4-16-02
Date

Robin Ober Cooley, Esq.
Pierson, Wadhams, Quinn & Yates
253 S. Union Street
Burlington, Vermont 05401
Attorney for Defendant
State Farm Insurance

**APPROVED and SO ORDERED:**
Date: 4/24/02

U.S. District Judge

PIERSON WADHAMS
QUINN & YATES
LAW OFFICES
SOUTH UNION STREET
ARLINGTON, VERMONT
05401

2